# EXHIBIT U

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Boston

TO:      Francis M. Roache
         Police Commissioner

FROM:    Deputy Superintendent Arthur W. Morgan, Jr.
         Bureau of Professional Standards

DATE:    November 27, 1989

RE:      INTERNAL AFFAIRS DIVISION RECOMMENDATIONS

I respectfully submit the recommendations of the Internal Affairs Division in reference to:

Case# 176-89



Forward to Deputy Superintendent John P. Meade   _____ 11/30/89

Forward to Police Commissioner through Legal Advisor   _____

Forward to Police Commissioner   _____

deb/2193I



Raymond L. Flynn, Mayor/POLICE DEPARTMENT/154 Berkeley Street 02116



COB004297

# Boston

TO: ████████

FROM: Deputy Superintendent Arthur W. Morgan, Jr.
Bureau of Professional Standards

DATE: January 23, 1990

RE: DISPOSITION OF COMPLAINT OF ████████
COMPLAINT CONTROL# 5437   CASE# 176-89

Sir:

████████████████████████████████████████

Sincerely,

Arthur W. Morgan, Jr.
Deputy Superintendent
Bureau of Professional Standards

AWM/deb



Raymond L. Flynn, Mayor/POLICE DEPARTMENT/154 Berkeley Street 02116

COB004299

CONFIDENTIAL DOCUMENT — PRIVILEGED

# Boston

10-19-89

To: Deputy Superintendent Arthur Morgan
From: Lt. Det. Robert Francis
Subject: Complaint from ▮▮▮▮▮▮▮▮ # 05437 IAD#176-89

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Summary of complaint from Mr. ▮▮▮▮▮  Attachment #1

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

mmary of report from Officer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

immary of report from Officer ▮▮▮▮▮▮▮▮  Attachment #3



Raymond L. Flynn, Mayor/POLICE DEPARTMENT/154 Berkeley Street 02116

COB004319

Summary of report from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Attachment #5

Summary of report from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Attachment #6

Summary of report from ▓▓▓▓▓▓▓▓▓▓▓▓▓  Attachment #7

Investigation

On 10-17-89 again on the following dates, 10-18-89 and 10-19-89 attempts were made to contact Mr. ▓▓▓▓▓▓ by telephone. On 10-19-89 a certified letter was sent to Mr. ▓▓▓▓▓▓ in hopes of of his responding to this Departments inquries.

As of this date 11-2-89 this Officer has not been contacted by the complainant Mr. ▓▓▓▓

Finding

**Boston Police**

Page 1 of 3
Date 9-14-89
CC# 91484447

DISTRICT/UNIT  AREA D-4

To:       Deputy James Claiborne
From:     Lieutenant James Georgilas
Subject:  █████████████████
Sir:      █████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

BPD Form 26                                    Rev 8-7

COB004321

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Boston Police

DISTRICT/UNIT AREA D-4

Date 9-14-89

CC# 91484447

BPD Form 26

Rev 8-74

COB004322

# Boston Police

DISTRICT/UNIT  AREA D-4

Page 3 of 3
Date 9-14-89
CC# 91484447

Respectfully submitted,
*[signature]* 6533
Lieutenant James Georgilas ID # 6533

**Boston Police**

DISTRICT/UNIT _____ Area D _____

Date 9-18-89

CC# 91-484447

To: Deputy Superintendent Arthur W. Morgan, Jr.
Bureau of Professional Standards

From: Captain Paul J. Corboy
Area D

Subject: ███████████████████████████████████

Sir:

███████████████████████████████████████████████████
███████████████████████████████████████████████████

BPD Form 26

COB004324

Rev 8-74

**Boston Police**

DISTRICT/UNIT  Area D

Date 9-18-89

CC# 91-484447

[Content redacted]

Respectfully submittted,

Captain Paul J. Corboy
Area D